**Carl Post, OSB No. 061058**
carlpost@lawofficeofdanielsnyder.com
**John Burgess, OSB No. 106498**
johnburgess@lawofficeofdanielsnyder.com
Law Offices of Daniel Snyder
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **CHRISTOPHER CALDWELL, SHANNON CLARK**, **JACEY HOPPERT, ALEX KULAKEVICH, JOSHUA KRUMWEIDE**, **DAVID LARUE, ALEXEI LAWLER**, **ANTHONY MATHIS**, **RAUL MARQUEZ**, **LUIS NAVARRETE, VALENTINE PASCU, ANDREW PIERSON, CHRISTOPHER PITMAN, TRACY RASBERRY**, **JEFF ROBERTS**, **CHRISTOPHER SELIGER, ANTHONY TAYLOR**, and **MARK WICKLUND**, individually and on behalf of those similarly situated,<br><br>       Plaintiffs,<br>  v.<br><br>**MULTNOMAH COUNTY**, a political subdivision of the state of Oregon; **MICHAEL REESE**, Multnomah County Sheriff, **STEVEN ALEXANDER**, Chief Deputy of Corrections, **KURTISS MORRISON**, Facility Commander, **JEFFERY WHEELER**, Facility Commander, and **DEPUTY CASTRO-RAMOS**<br>       Defendants. | Case No. 3:21-cv-501-AA<br><br>**JOINT MOTION TO STAY DEADLINES** |

**LR 7.1(a) CERTIFICATION OF CONFERRAL**

In accordance with LR 7-1(a), the parties have conferred regarding this motion and both parties agree to the following.

PAGE 1 – JOINT MOTION TO STAY DEADLINES

## MOTION

The parties in the above-captioned action jointly move the Court for an order staying this case pending an appellate decision in *Maney v. Brown*, USDC Case No. 6:20-cv-00570-SB. This issue was discussed at the hearing on June 17, 2024 and the appeal remains pending. According to the docket for Ninth Circuit Court of Appeals Case Number 24-2715, the answering brief is currently due January 17, 2025.

## CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court enter an order staying the deadlines set forth in the current case management and resetting them after the appeal is decided.

DATED: January 7, 2025

| | |
|---|---|
| *s/ Carl Post* | /s/ Christopher Gilmore |
| **Carl Post**, OSB No. 061058 | **Christopher Gilmore,** OSB No. 980570 |
| carlpost@lawofficeofdanielsnyder.com | Multnomah County Attorney's Office |
| **John Burgess**, OSB No. 106498 | 501 SE Hawthorne Blvd., Ste. 500 |
| johnburgess@lawofficedanielsnyder.com | Portland, OR 97214 |
| Law Offices of Daniel Snyder | Tel: 503-988-3138 |
| 1000 SW Broadway, Suite 2400 | chris.gilmore@multco.us |
| Portland, OR 97205 | *Attorneys for Defendants* |
| (503) 241-3617 | |
| *Attorneys for Plaintiffs* | |