**Carl Post, OSB No. 061058**
carlpost@lawofficeofdanielsnyder.com
**John Burgess, OSB No. 106498**
johnburgess@lawofficeofdanielsnyder.com
Law Offices of Daniel Snyder
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| **CHRISTOPHER CALDWELL, SHANNON CLARK, JACEY HOPPERT, ALEX KULAKEVICH, JOSHUA KRUMWEIDE, DAVID LARUE, ALEXEI LAWLER, ANTHONY MATHIS, RAUL MARQUEZ, LUIS NAVARRETE, VALENTINE PASCU, ANDREW PIERSON, CHRISTOPHER PITMAN, TRACY RASBERRY, JEFF ROBERTS, CHRISTOPHER SELIGER, ANTHONY TAYLOR**, and **MARK WICKLUND**, individually and on behalf of those similarly situated,<br><br>                    Plaintiffs,<br>        v.<br><br>**MULTNOMAH COUNTY**, a political subdivision of the state of Oregon; **MICHAEL REESE**, Multnomah County Sheriff, **STEVEN ALEXANDER**, Chief Deputy of Corrections, **KURTISS MORRISON**, Facility Commander, **JEFFERY WHEELER**, Facility Commander, and **DEPUTY CASTRO-RAMOS**<br>                    Defendants. | Case No. 3:21-cv-501-AA<br><br>**JOINT STATUS REPORT** |

The parties submit the following joint status report per the court order dated April 30, 2025. (Dkt. 63). Oral argument was held on June 11, 2025 in *Maney, et al. v. State of Oregon, et al.*, Ninth Circuit Court of Appeals Case Number 24-2715. On June 30, 2025, the Court of

PAGE 1 – JOINT STATUS REPORT

Appeals issued a Memorandum Disposition, affirming the denial of defendant's motion for summary judgment.

Therefore, the stay can be lifted in this case. The parties will confer and submit a proposed case management schedule within the next 14 days.

DATED: June 30, 2025

<table>
<tr>
<td>

*s/ Carl Post*
**Carl Post**, OSB No. 061058
carlpost@lawofficeofdanielsnyder.com
**John Burgess**, OSB No. 106498
johnburgess@lawofficedanielsnyder.com
Law Offices of Daniel Snyder
1000 SW Broadway, Suite 2400
Portland, OR 97205
(503) 241-3617
*Attorneys for Plaintiffs*

</td>
<td>

/s/ Christopher Gilmore
**Christopher Gilmore,** OSB No. 980570
Multnomah County Attorney's Office
501 SE Hawthorne Blvd., Ste. 500
Portland, OR 97214
Tel: 503-988-3138
chris.gilmore@multco.us
*Attorneys for Defendants*

</td>
</tr>
</table>